EMIL WERNER v. BARBER ASPHALT PAVING COMPANY. No. 353. Error from Sedgwick district court. Opinion filed July 13, 1898. *Dismissed.* Amidon & Conly, for plaintiff in error. Stanley, Vermilion & Evans, for defendant in error.

THE STATE OF KANSAS v. M. T. HENDERSON AND JIM. BEAM. No. 707. Appeal from Reno district court. Opinion filed July 13, 1898. *Affirmed.* L. M. Fall, county attorney, and L. C. Boyle, attorney-general, for The State. McKinstry & Fairchild, for appellant.

THE J. B. WATKINS LAND AND MORTGAGE COMPANY v. CHARLES RUSK. No. 284. Error from Cowley district court. Opinion filed August 15, 1898. *Affirmed.* J. E. Torrance, for plaintiff in error. M. G. Troup, for defendant in error.

JOHN KROENERT v. VOUWIE BROS. No. 295. Error from Cowley district court. Opinion filed August 15, 1898. *Affirmed.* Joseph O'Hare, for plaintiff in error. C. T. Atkinson, for defendant in error.

THE OHIO & WESTERN MORTGAGE AND TRUST COMPANY v. ANNA CARTER *et al.* No. 319. Error from Sedgwick district court. Opinion filed August 15, 1898. *Reversed.* J. D. Houston, for plaintiff in error. J. M. Balderston, and O'Bryan & Gordon, for defendants in error.

### WESTERN DIVISION.

ED. F. MADDEN v. N. V. DRUMMOND *et al.* No. 207. Error from Rush district court. Opinion filed July 15, 1898. *Affirmed.* J. W. McCormick, for plaintiff in error. H. L. Anderson, for defendants in error.

W. J. TOD v. THE GURNEY RANCH COMPANY. No. 232. Error from Seward district court. Opinion filed July 15, 1898. *Dismissed.* Milton Brown, for plaintiff in error. T. A. Scates, and H. F. Mason, for defendant in error.

THE GILLE HARDWARE AND IRON COMPANY v. R. E. EDWARDS AND W. D. IRWIN. No. 162. Error from Edwards district court. Opinion filed January 18, 1898. *Dismissed.* J. K. Cubbison, for plaintiff in error. Fred. Dumont Smith, for defendants in error.

FRED. FINNUP v. GARFIELD TOWNSHIP, FINNEY COUNTY. No. 218. Error from Finney district court. Opinion filed May 19, 1898. *Dismissed.* A. J. Hoskinson, for plaintiff in error. Milton Brown, for defendant in error.

WILLIAM C. F. SCHALLEN v. MARIA H. HIBBARD. No. 176. Error from Kearny district court. Opinion filed June 20, 1898. *Affirmed.* Milton Brown, for plaintiff in error. G. L. Miller, for defendant in error.

THOMAS BALDWIN *et al.* v. J. R. MICKENS. No. 212. Error from Pawnee district court. Opinion filed June 20, 1898. *Affirmed.* W. H. Vernon, for plaintiffs in error. G. Polk Cline, for defendant in error.

JAMES B. NAYLOR v. MINNIE A. BEERY. No. 194. Error from Gray district court. Opinion filed March 14, 1898. *Reversed.* Milton Brown, and J. B. Naylor, for plaintiff in error. S. H. Jones, for defendant in error.